1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
4  Woodland Hills, CA 91367
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@toddflaw.com
   *Attorneys for Plaintiff*
8

          UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MENICHIELLO, | ) Case No.<br>) 8:17−cv−00507−DOC−JDE |
| Plaintiff, | ) |
| vs. | ) |
| GNRG, INC., et al., | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

   NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** November 3, 2017             **Law Offices of Todd M. Friedman, P.C.**

                              By: s/ Adrian R. Bacon
                                  Adrian R. Bacon

Notice of Settlement - 1

Filed electronically on this 3rd Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge DAVID O. CARTER
United States District Court
CENTRAL DISTRICT of California

And all Counsel of Record as recorded on the Electronic Service List.

This 3rd Day of November, 2017

                                          By: s/ Adrian R. Bacon Esq.
                                                ADRIAN R. BACON